# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD J. ROBINSON,
                            Appellant,

    vs.

REVA WALDO,
                            Respondent.

No. 78790

FILED

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an amended judgment and an order awarding attorney fees and costs. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

This court's review of this appeal revealed a jurisdictional defect. Specifically, the appeal appeared to be untimely and this court issued an order to show cause. Appellant responded to the order to show cause and agreed that the appeal was untimely. Appellant further provides that the underlying judgment does not fully and finally resolve the matters between respondent and other parties in the underlying matter and the district court never certified the judgment under NRCP 54(b), and that

20-13562

therefore the judgment is not a final and appealable judgment under NRAP 3A(b)(1). Accordingly, we lack jurisdiction and

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.   _____, J.
Hardesty         Cadish

cc: Hon. Timothy C. Williams, District Judge
   Stephen E. Haberfeld, Settlement Judge
   Harold P. Gewerter, Esq., Ltd.
   Law Offices of David Liebrader, Inc.
   Eighth District Court Clerk

---

[1]Any aggrieved party may file a new notice of appeal upon entry of any appealable order or judgment.